PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Cedric Dion Benjamin**

**Docket No. 0:00CR00263-002(MJD)**

**Petition on Supervised Release**

COMES NOW **David J. Schwab**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Cedric Dion Benjamin** who was sentenced for Conspiracy to Distribute Cocaine and Cocaine Base on February 22, 2002, by the Honorable Michael J. Davis, sitting in the court at Minneapolis, MN, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Substance abuse testing
- Drug treatment
- Association restriction

*Modified as of 6/3/04*:

25 hours of community service

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On April 21, 2005, the defendant was cited by the St. Paul Police Department Force Unit for Operating a Disorderly House.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following:

The defendant shall reside for a period of up to 120 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility.

ORDER OF THE COURT

Considered and ordered this 1 (21) day of ~~May,~~ June 2005, and ordered filed and made a part of the records in the above case.

Honorable Michael J. Davis
U.S. District Judge

c: United States Sentencing Commission

I declare under penalty of perjury that the foregoing is true and correct.

David J. Schwab
Senior U.S. Probation Officer

Executed on May 17, 2005
Place St. Paul

SCANNED
JUN - 2 2005
U.S. DISTRICT COURT MPLS