PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

RECEIVED
AUG 29 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Cedric Dion Benjamin**

**Docket No. 0:00CR00263-002(MJD)**

**Petition on Supervised Release**

COMES NOW **Dennis E. Bresnahan**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Cedric Dion Benjamin** who was sentenced for Conspiracy to Distribute Cocaine on February 22, 2002, by the Honorable Michael J. Davis, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Drug aftercare
- Urinalysis testing
- No gang association
- 25 hours community work service (added June 3, 2004)
- Up to 120 days at community corrections center (added May 31, 2005)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not illegally possess a controlled substance.

On July 25, 2008, the defendant submitted a urine sample which tested positive for the presence of marijuana. The defendant admitted that he had recently used said substance.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall reside for a period of 90 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility.

SCANNED
SEP 02 2008
U.S. DISTRICT COURT MPLS

SCANNED
AUG 29 2008
U.S. DISTRICT COURT MPLS

ORDER OF THE COURT

Considered and ordered this 29 day of August, 2008, and ordered filed and made a part of the records in the above case.

Honorable Michael J. Davis
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Dennis E. Bresnahan
U.S. Probation Officer
Telephone: 651-848-1241

Executed on August 25, 2008
Place St. Paul

Approved:

Diane M. Leverdusky
Supervising U.S. Probation Officer

c: United States Sentencing Commission