Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Cedric Dion Benjamin

Docket No. 0:00cr00263-002

# HEARING WAIVER

I, Cedric Dion Benjamin, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall reside for a period of 90 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility.

Signed: ______________________ Witness: ______________________

Cedric Dion Benjamin
Supervised Releasee

Dated: August 18, 2008

SCANNED
SEP 02 2008
U.S. DISTRICT COURT MPLS