**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA, )
)
Plaintiff, )
v. )
)
Cedric Dion Benjamin (1), )
)
Defendant. )
)

**COURT MINUTES - CRIMINAL**
BEFORE: Michael J. Davis
U.S. District Chief Judge

Case No: 0-cr-263 (1) (MJD/JGL)
Date: September 11, 2008
Court Reporter: Lori Simpson
Time Commenced: 11:00 a..m.
Time Concluded: 11:10 a.m.
Time in Court: 10 minutes

## APPEARANCES:

Plaintiff: Jim Lackner, Assistant U.S. Attorney
Defendant: Katherian Roe, Federal Defender

## PROCEEDINGS:

☒ **Revocation of Supervised Release - Hearing.**
☒ Defendant admits allegations and waives rights via the waiver filed.

## ORDERED:

☒ The Court is modifying the supervised release violation sentence to 30 days of home confinement with work release privileges.
☒ Written order to be issued.

Date: September 11, 2008

s/KW
Calendar Clerk to Judge Michael J. Davis