UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-cr-263 (01) (MJD/JGL)

United States of America,

Plaintiff,

v.

**ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE**

Cedric Dion Benjamin (01),

Defendant.

This matter came for hearing on September 11, 2008, upon the Petition on Supervised Release. Defendant signed a hearing waiver regarding this matter, however the Court has further reviewed this matter and called a hearing to review the sentence imposed. After further review of the Petition on Supervised Release, the Court shall impose a new sentence.

Accordingly, **IT IS HEREBY ORDERED** that defendant's supervised release is modified to include the following sentence:

> The defendant shall be in home confinement for 30 days with work release privileges. All other conditions previously stated shall remain in effect. The defendant shall remain on supervised release until the completion of his term.

Dated: September 11, 2008

s/Michael J. Davis
Michael J. Davis
Chief Judge
United States District Court